NATIONAL DIAMOND SYNDICATE, INC., Plaintiff/Counterclaim Defendant–Cross Appellant,

and

Lewy Friedrich, N.V., Counterclaim Defendant–Cross Appellant,

v.

FLANDERS DIAMONDS USA, INC. (now known as Elara Diamonds, Inc.) and Kuwayama Europe, N.V., Defendants/Counterclaimants–Appellants.

Nos. 03–1561, 03–1576.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2004.

Howard B. Rockman, James B. Conte, Bradley Allan Ullrick, Howard B. Rockman, Barnes & Thornburg, Chicago, IL, for Defendants/Counterclaimant–Appellants.

Richard D. Harris, Cameron M. Nelson, Jeffrey P. Dunning, Greenberg, Traurig, Chicago, IL, for Counterclaim Defendant–Cross Appellant, Plaintiff/Counterclaim Defendant–Cross Appellant.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36